Eric G. GRAY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 105445

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: November 21, 2017

FOR APPELLANT: Lisa M. Stroup, Missouri Public Defender's Office, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.

FOR RESPONDENT: Dora A. Fichter, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102.

Before Lisa P. Page, P.J., Roy L. Richter, J. and Philip M. Hess, J.

## ORDER

PER CURIAM

Eric Gray appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Gray's sole point on appeal is his trial counsel was ineffective for failing to request a mistrial after the jury twice indicated to the court during deliberations that it was deadlocked and could not reach a verdict. Finding no clear error, we affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).